UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDDIE MOORE, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12CV02170 ERW |
| CAROLYN W. COLVIN,[1] | ) |
| Acting Commissioner of Social Security | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge Lewis M. Blanton [ECF No. 19], pursuant to 28 U.S.C. § 636(b).

The Court notes no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation, and hereby sustains, adopts, and incorporates herein the Magistrate's Report and Recommendation in its entirety. The Social Security Commissioner's decision denying supplemental security income is reversed and remanded.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for Michael J. Astrue as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of the section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that under Sentence Four 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Eddie Moore, Jr.'s application for supplemental security income is **REVERSED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Order.

Dated this  4th  day of February, 2014.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE